UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25 cr 235 SDM—AAS
18 U.S.C. § 875(c)
(Threat to Injure)

ELIZABETH DANIELLE ROWE,
a/k/a "Simon Roe"

**INDICTMENT**

MAY 20 2025 PM4:18
FILED - USDC - FLMD - TPA

The Grand Jury charges:

**COUNT ONE**
**(Threat to injure)**

On or about January 24, 2025, in the Middle District of Florida, and elsewhere, the defendant,

ELIZABETH DANIELLE ROWE,
a/k/a "Simon Roe,"

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, victim A.A., including a social media message stating, "I am coming to kill you. I will kill your pets first while you watch. Die cunt," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____<br>Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Risha Asokan
Assistant United States Attorney

By: _____
For Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
May 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### ELIZABETH DANIELLE ROWE,
a/k/a "Simon Roe"

## INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill.

_____
Foreperson

Filed in open court this 20th day

of May, 2025.

C. Reaves
_____
Clerk

Bail $_____

GPO 863 525