AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Elizabeth Danielle Rowe,<br>a/k/a "Simon Roe"<br><br>Defendant | )<br>)  Case No. 8:25 cr 235 SDM-AAS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Elizabeth Danielle Rowe, a/k/a "Simon Roe"                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Threat to Injure, in violation of 18 U.S.C. § 875(c)

SEALED

MAY 28 2025 10:37
FILED - USDC - FLMD - TPA

Date: 05/21/2025                                                           _____
                                                                              *Issuing officer's signature*

City and state:   Tampa, FL                         ELIZABETH WARREN, Clerk, United States District Court — AMPARO MORENO
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/21/25 , and the person was arrested on *(date)* 5/23/25
at *(city and state)*   TAMPA                                                        .

Date: 5/23/25                           TFO _____
                                              *Arresting officer's signature*

                                        DEAN Horianopoulos
                                              *Printed name and title*