UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:25-cr-235-SDM-AAS

ELIZABETH DANIELLE ROWE

_____/

### **ORDER**

Elizabeth Rowe moves (Doc. 29) to suppress evidence gathered under a search warrant. The United States responds (Doc. 34) in opposition and Rowe replies (Doc. 37). In a well-reasoned report (Doc. 50), the magistrate recommends denying the motion to suppress. Rowe objects (Doc. 51) to the report and recommendation, and the United States responds (Doc. 56).

After review of the parties' papers and the thorough report and recommendation, the objections (Doc. 51) are **OVERRULED**, the report and recommendation (Doc. 50) is **ADOPTED**, and the motion to suppress (Doc. 29) is **DENIED**.

ORDERED in Tampa, Florida, on February 3, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE